UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KENNETH ALFRED LINVILLE, JR.,

                Petitioner,

     v.

ROBERT JACKSON,

                Respondent.

Case No. C22-5241-LK-MLP

ORDER

Petitioner Kenneth Alfred Linville, Jr., proceeding *pro se*, is currently incarcerated at the Washington State Penitentiary ("WSP") in Walla Walla, Washington. Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. # 4).) On June 2, 2022, this Court directed service of Petitioner's habeas petition (dkt. # 7), and on July 11, 2022, Respondent filed his Answer and submitted the State Court Record (dkt. ## 9-10).

This matter comes before the Court on Petitioner's "Request for Extension in Time to Answer and Reply" ("Petitioner's Motion") seeking an additional 60 days to submit a response to Respondent's Answer. (Dkt. # 11.) Petitioner seeks an extension of time to file his response due to legal resource and law library limitations at WSP as a result of COVID-19. (*Id.* at 1-2.) Respondent did not file a response.

ORDER - 1

Based on Petitioner's Motion, Respondent's lack of opposition, and otherwise finding good cause, the Court GRANTS Petitioner an additional 60 days to file his response to Respondent's Answer. Accordingly, Petitioner's Response shall be filed on or before **October 10, 2022.** The Clerk is directed to RE-NOTE Respondent's Answer (dkt. # 9) for this Court's consideration on **October 14, 2022.**

Dated this 5th day of August, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2